UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:11-CR-80-PLR |
| ) | |
| HOWARD COFFEY ) | |

**MEMORANDUM AND ORDER**

This matter is before the court on the defendant's motion for sentence reduction pursuant to Amendment 782 to the United States Sentencing Guidelines [R. 190]. No opposition has been received to the motion from either the government or the probation office. The defendant is presently scheduled for release on February 5, 2022.

The defendant was convicted of conspiracy to distribute and possess with intent to distribute oxycodone and possession with intent to distribute oxycodone. At sentencing, defendant's base offense level was 33, with a criminal history category I, resulting in an advisory guideline range of 135 - 168 months. Defendant was sentenced on June 18, 2012, to 135 months imprisonment.

Amendment 782 reduces the guideline range applicable to defendant. Pursuant to Amendment 782, defendant's base offense level is 31, with a criminal history category I, resulting in an amended guideline range of 108 - 135 months. Taking into account the policy statements set forth at USSG § 1B1.10 and the sentencing factors set forth in 18

U.S.C. § 3553(a), it is hereby ORDERED that the defendant's motion [R. 190] is **GRANTED**, and the defendant's sentence is **reduced to 108 months**.

Except as provided above, all provisions of the judgment dated June 18, 2012, shall remain in effect.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE